framing an amended complaint, (2) from an order entered October 10, 1958 dismissing, on the hospital's motion, the separate amended complaint which had been served on the hospital on July 28, 1958, and (3) from an order entered October 10, 1958 dismissing, on the anesthetist's motion, the original complaint. The complaints were dismissed on the ground that they failed to allege facts constituting negligence. Orders entered October 10, 1958 reversed, with $10 costs and disbursements, and motions to dismiss the respective pleadings denied. In our opinion, the respective pleadings allege facts sufficient to constitute a cause of action. Appeal from order entered July 31, 1958 dismissed, without costs, as academic. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfield, JJ., concur.

## (December 8, 1958)

JAMES CAROLAN et al., Appellants, v. SOL FIEBER et al., Respondents, et al., Defendant. CITY OF NEW YORK, Respondent, v. JAMES CAROLAN et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfield, JJ.

In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Judicial Department. Anonymous (No. 14), Petitioner; GEORGE A. ARKWRIGHT, as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Motion to vacate, quash and set aside a subpœna duces tecum directed to a bank and for other relief. Motion denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Department. Anonymous (No. 2), Petitioner; GEORGE A. ARKWRIGHT et al., Respondents.— Motion to direct the transcription of certain testimony and for other relief. Motion denied, without costs. Motion to quash, vacate and set aside subpœnas and subpœnas duces tecum. Motion denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

In the Matter of Anonymous (No. 19), Petitioner, against GEORGE A. ARKWRIGHT, as a Justice of the New York State Supreme Court, Respondent.— Proceeding dismissed, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

VILLAGE OF PORT CHESTER, Appellant, v. FRANCIS J. SHEEHAN, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

MARIE W. COSTIGAN, Respondent, v. PAUL S. COSTIGAN, JR., Appellant. — Appeal from an order granting, without a hearing, respondent's motion to punish appellant for contempt for having failed to make certain payments as directed by an order dated May 2, 1958. That order directed appellant to pay $100 a week temporary alimony, carrying charges on a marital home, and medical expenses affecting the youngest child of the parties. In opposition to the motion appellant questioned the propriety of some of the carrying charges and medical expenses constituting part of the arrears. Order reversed, without costs, and motion remitted to the Special Term for determination after a hearing. Pending the determination of the motion the appellant shall continue to pay $100 a week alimony. In our opinion, the questions raised by the affidavits in support of, and in opposition to, the motion should not have been